OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 NOV 05 2015
$ 000.27⁵

11/4/2015
TUCKER, EDWARD CHARLES Tr. Ct. No. 241-1308-07-D          WR-74,501-06
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

EDWARD CHARLES TUCKER
HODGE UNIT - TDC #1495137
P.O. BOX 999                                        I A
RUSK, TX  75785

43B  75785